# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SHANNON VALENTI,** *Plaintiff,* v. **DIAMOND RESORTS U.S. COLLECTIONS DEVELOPMENT, LLC, et al.,** *Defendant.* | Case No. 1:20-cv-01299 JUDGE PATRICIA A. GAUGHAN MAGISTRATE JUDGE JONATHAN D. GREENBERG **NOTICE OF DISMISSAL** |

Now comes Plaintiff Shannon Valenti, to notify this Court that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses her claims in the above-captioned case without prejudice.

Respectfully Submitted,

/s/ Justin D. Stevenson
Justin Stevenson (0092448)
BOWER STEVENSON LLC
2515 Jay Ave., #101
Cleveland, OH 44113
Phone: (216) 600-8169
Fax: (216) 472-8524
justin@bowerstevenson.com

1

**CERTIFICATE OF SERVICE**

On Sunday, August 9, 2020, a copy of this filing was filed electronically and copies delivered to all parties and their counsel via this Court's ECF system.

Respectfully Submitted,

/s/ Justin D. Stevenson
Justin Stevenson (0092448)